UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JERMAINE T. BROWN                                                                                      PLAINTIFF

V.                                  No. 2:20CV00064-BSM-JTR

PATRICIA SNYDER, Jail
Administrator, Arkansas County                                                          DEFENDANT

### ORDER

On December 22, 2020, mail sent to Plaintiff Jermaine T. Brown ("Brown") at his address of record the Delta Regional Unit of the Arkansas Division of Correction ("ADC") was returned undelivered, with the notation "Paroled." *Doc. 18.* According to the ADC's website, Brown is no longer incarcerated in that facility. Brown has not provided the Court with a change of address. The Court has previously notified Brown of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3.* Furthermore, in light of his apparent release, Brown must notify the Court whether he wishes to pursue this lawsuit and, if so, he must file an updated *in forma pauperis* application or pay the filing fee for this action.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Brown a free-world Application to Proceed *In Forma Pauperis.*

2. If Brown wishes to continue pursuing this lawsuit, he must, **within fourteen (14) days of the date of this Order**: (a) file a notice of his current mailing address; and (b) if he has been released, file a free-world Application to Proceed *In Forma Pauperis,* <u>or</u> pay the remainder of the $400 filing fee for this action.[1] If he does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 25th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Brown has already paid $191.22 toward the filing fee. Thus, if he is not entitled to proceed *in forma pauperis*, he will be required to pay the filing fee balance of $208.78 ($400-$191.22) in order to proceed with this action.