## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JERMAINE BROWN                                                                    PLAINTIFF

v.                              CASE NO. 2:20-CV-00064-BSM-JTR

PATRICIA SNYDER,
*Jail Administrator, Arkansas County*                                    DEFENDANT

### ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's

proposed findings and partial recommendation [Doc. No. 39] is adopted.  Patricia Snyder's

motion for partial summary judgment [Doc. No. 27] is granted, and Jermaine Brown's

conditions of confinement claims are dismissed, without prejudice, for failure to exhaust his

administrative remedies.  42 U.S.C. § 1997(e); *Woodford v. Ngo*, 548 U.S. 81, 85 (2006).

Defendant officer "Doe" is dismissed, without prejudice, as a party to this action.

IT IS SO ORDERED this 28th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE